UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01737-CDB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE<br><br>(Doc. 2)<br><br>**30-DAY DEADLINE** |

　　　Plaintiff Robert Dean Neice is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint with this Court on December 4, 2025. (Doc. 1). That same day, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2).

　　　Plaintiff's motion is incomplete. Plaintiff has failed to (1) submit a certified copy of his trust account statement showing transactions for the past six months, and (2) failed to have an authorized officer at the institution where he is detained complete and sign the "Certificate" portion of the application, at the bottom of page two. *See id.* For the application to be considered, Plaintiff must, at a minimum, submit a trust account statement.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. **Within 30 days** of the date of service of this order, Plaintiff SHALL file a certified copy of his trust account statement showing transactions for the past six months; or

///

///

2. In the alternative, Plaintiff may pay the $405.00 filing fee for this action by that same deadline.

IT IS SO ORDERED.

Dated:  **December 11, 2025**

_____
UNITED STATES MAGISTRATE JUDGE