UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DEAN NEICE,

                Plaintiff,

      v.

DONNY YOUNGBLOOD, *et al.*,

                Defendants.

Case No. 1:25-cv-01737-CDB

ORDER DIRECTING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER

(Doc. 4)

**14-Day Deadline**

Plaintiff Robert Dean Neice ("Plaintiff"), a state prisoner proceeding pro se, initiated this action with the filing of a complaint on December 4, 2025, pursuant to 42 U.S.C. § 1983. (Doc. 1).  Plaintiff did not pay the filing fee in this action and, instead, applied to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915.  (Doc. 2).  On December 11, 2025, the Court ordered Plaintiff to file a certified copy of his trust account statement or pay the filing fee, noting that Plaintiff's IFP application was incomplete.  (Doc. 4).

Plaintiff has failed to either file a certified trust account statement or pay the $405.00 filing fee and the time to do so has now passed.

///

///

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing **within 14 days** of the date of service of this order why sanctions should not be imposed for his failure to comply with the Court's orders.  Alternatively, Plaintiff may comply with this order by filing a certified trust account statement or by paying the $405.00 filing fee by that same deadline.

**Any failure by Plaintiff to timely comply with this order will result in the recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey a court order and for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **January 16, 2026**                    _____
                                                UNITED STATES MAGISTRATE JUDGE

2