**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DEAN NEICE, | Case No. 1:25-cv-01737 JLT CDB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE |
| v. | |
| DONNY YOUNGBLOOD, *et al.*, | |
| Defendants. | (Doc. 8) |

Plaintiff Robert Dean Neice is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  (Doc. 1.)

Plaintiff did not pay the filing fee and applied to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  On December 11, 2025, the assigned magistrate judge ordered Plaintiff to file a certified copy of his trust account statement or pay the filing fee, noting that Plaintiff's IFP application was incomplete.  (Doc. 4.)  After Plaintiff failed to comply with the Court's order or otherwise respond with any filing, on January 16, 2026, the magistrate judge ordered Plaintiff to show cause why sanctions, including dismissal of the action, should not be imposed for failing to comply with the Court's order or, in the alternative, to pay the filing fee. (Doc. 6.)

When Plaintiff failed to timely file a response to the show cause order or pay the filing fee, on February 6, 2026, the magistrate judge issued findings and recommendations to dismiss

the action for Plaintiff's failure to prosecute and comply with the Court's orders.  (Doc. 8.)  The magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), regarding dismissal for failure to comply with a court order and recommended dismissal without prejudice.  *Id.* at 2-4.

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days.  *Id.* at 4.  The findings and recommendations advised Plaintiff that failure to file objections within the specified time may result in the waiver of certain rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Plaintiff did not file any objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case.  Having carefully reviewed the matter, the Court concludes the findings that Plaintiff failed to prosecute the action and failed to comply with the Court's orders are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations (Doc. 8) issued on February 6, 2026, are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

UNITED STATES DISTRICT JUDGE

2